**UNITED STATES DISTRICT COURT**

**District of Minnesota**

Sergio Gabriel Fajardo Rivera

Petitioner,

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood, Ryan Shea

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00794-SHL-EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

In light of the information provided in 9 Notice of Release, the Clerk of Court is directed to enter judgment in favor of Petitioner and close this case.

Date: 3/25/2026

KATE M. FOGARTY, CLERK